IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG SAUNDERS, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | |
| MARIROSA LAMAS, et al., | : | No. 12-7131 |
| Respondents. | : | |

## ORDER

**MICHAEL M. BAYLSON, J.**

AND NOW, this 23d day of December, 2015, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DENIED with prejudice;

3. Petitioner's Petition for a Stay and Abeyance (doc. 3) is DENIED with prejudice;

4. Petitioner's Motion to Conduct Discovery (doc. 27) is DENIED with prejudice;

5. Petitioner's Motion for an Evidentiary Hearing (doc. 28) is DENIED with prejudice;

6. Petitioner's Motion for Appointment of Stand-By Counsel (doc. 29) is DENID with prejudice;

7. Petitioner's Motion for the Court to Take Judicial Notice (doc. 55) is DENIED with prejudice;

8. There is no probable cause to issue a certificate of appealability; and

9. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
MICHAEL M. BAYLSON, JUDGE